UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | Criminal No.<br><br>Hon. |
| v. | |
| Holmar Donely HERNANDEZ ESTRADA, a/k/a Holmar Donelly HERNANDEZ, a/k/a Holmar Hernandez ESTRADA, a/k/a Holmar "Omar" HERNANDEZ, | Violation: 8 U.S.C. § 1326(a) & (b)(2) |
| Defendant. | |

Case: 2:25−cr−20851
Assigned To : Grey, Jonathan J.C.
Referral Judge: Altman, Kimberly G.
Assign. Date : 11/14/2025
Description: INFO USA v. Holmar Donely HERNANDEZ ESTRADA (tt)

## **INFORMATION**

THE UNITED STATES ATTORNEY CHARGES

### **COUNT ONE**
**8 U.S.C. § 1326(a) & (b)(2) - Unlawful Re-Entry**

On or about November 7, 2025, within the Eastern District of Michigan, Southern Division, Holmar Donely HERNANDEZ ESTRADA, a/k/a Holmar Donelly HERNANDEZ, a/k/a Holmar Hernandez ESTRADA, a/k/a Holmar "Omar" HERNANDEZ, an alien who had been excluded, deported and removed from the United States on or about April 13, 2005, subsequent to a conviction for commission of an aggravated felony, was found in the United States without the express consent of the Attorney General of the United States or the Secretary of the

1

Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 8 U.S.C. 1326(a) & (b)(2).

JEROME F. GORGON JR.
United States Attorney

*s/ Douglas C. Salzenstein*
Douglas C. Salzenstein
Chief, Homeland Security Unit

*s/ Susan E. Fairchild*
Susan E. Fairchild
Assistant United States Attorney

Dated:   11/14/2025

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>25-20851 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | AUSA's Initials: *SEF* |

**Case Title:** USA v. Holmar Donely HERNANDEZ ESTRADA a/k/a Holmar Donelly HERNANDEZ, a/k/a Holmar Hernandez ESTRADA, a/k/a Holmar "Omar"

**County where offense occurred:** Wayne

**Check One:**  ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 25-mj-30687]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 14, 2025
Date

*Susan E. Fairchild*
Susan E. Fairchild
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9577
Fax:
E-Mail address: Susan.Fairchild@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.